1

2

3

4

5

6                                **UNITED STATES DISTRICT COURT**

7                                     **DISTRICT OF NEVADA**

8   UNITED STATES OF AMERICA,                    )
                                                 )
9                    Plaintiff,                  )
                                                 )
10          v.                                   )          2:09-CR-013-GMN (LRL)
                                                 )
11  RICHARD ANDREW BROKER,                       )
    aka Richard Lee Daggett,                     )
12                                               )
                     Defendant.                  )
13  _____

14                             **PRELIMINARY ORDER OF FORFEITURE**

15          This Court finds that on April 4, 2011, defendant RICHARD ANDREW BROKER aka

16  Richard Lee Daggett pled guilty to Count One of a Two-Count Criminal Indictment charging him with

17  Possession of Unregistered Forearms, in violation of Title 26, United States Code, Section 5861(d)

18  and 5871.

19          This Court finds defendant RICHARD ANDREW BROKER aka Richard Lee Daggett agreed

20  to the forfeiture of property set forth in Forfeiture Allegation of the Criminal Indictment.

21          This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of

22  America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the

23  Criminal Indictment and the offense to which defendant RICHARD ANDREW BROKER aka Richard

24  Lee Daggett pled guilty.

25          The following assets are subject to forfeiture pursuant to Title 26, United States Code, Section

26  5872, and Title 28, United States Code, Section 2461(c):

a.    Eights Molotov cocktails;

b.    Three (3) "D" cell batteries;

c.    Various metal washers, nuts, and nails;

d.    Three (3) baggies containing soap; and

e.     One red "Bic" brand lighter ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of RICHARD ANDREW BROKER aka Richard Lee Daggett in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

. . .

. . .

Michael A. Humphreys
Assistant United States Attorney
Daniel D. Hollingsworth
Assistant United States Attorney
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein
need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency
following publication of notice of seizure and intent to administratively forfeit the above-described
property.

**DATED** this 6th day of April, 2011.

_____

Gloria M. Navarro
United States District Judge