# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RICHARD ANDREW BROKER, ) <br> a.k.a. RICHARD LEE DAGGETT, ) <br> ) <br> Defendant. ) | 2:09-CR-013-GMN (LRL) |

## FINAL ORDER OF FORFEITURE

On April 6, 2011, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant RICHARD ANDREW BROKER, a.k.a. Richard Lee Daggett, to a criminal offense, forfeiting specific property alleged in the Criminal Indictment and agreed to in the Plea Memorandum and shown by the United States to have the requisite nexus to the offense to which defendant RICHARD ANDREW BROKER, a.k.a. Richard Lee Daggett, pled guilty. Docket #1, #62, #64, #65.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from May 20, 2011, through June18, 2011, notifying all third parties of their right to petition the Court. #70.

. . .

1   This Court finds no petition was filed herein by or on behalf of any person or entity and the
2   time for filing such petitions and claims has expired.

3   This Court finds no petitions are pending with regard to the assets named herein and the time
4   for presenting such petitions has expired.

5   THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
6   title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
7   United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
8   32.2(c)(2); Title 26, United States Code, Section 5872 and Title 28, United States Code, Section
9   2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to
10  law:

11  a.  Eights Molotov cocktails;
12  b.  Three (3) "D" cell batteries;
13  c.  Various metal washers, nuts, and nails;
14  d.  Three (3) baggies containing soap; and
15  e.  One red "Bic" brand lighter ("property").

16  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited
17  funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well
18  as any income derived as a result of the United States of America's management of any property
19  forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of
20  according to law.

21  The Clerk is hereby directed to send copies of this Order to all counsel of record and three
22  certified copies to the United States Attorney's Office.

23  DATED this ___12___ day of ___Oct___, 2011.

UNITED STATES DISTRICT JUDGE

2