FILED

OCT 23 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: RICHARD ANDREW BROKER. | No. 13-73006 |
| RICHARD ANDREW BROKER, Petitioner, v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA, LAS VEGAS, Respondent, UNITED STATES OF AMERICA, Real Party in Interest. | D.C. No. 2:09-cr-00013-GMN-VCF District of Nevada, Las Vegas ORDER |

Before: THOMAS, McKEOWN, and RAWLINSON, Circuit Judges.

Petitioner's August 23, 2013 filing is construed as a petition for a writ of mandamus relating to petitioner's ongoing criminal proceedings in district court case No. 2:09-cr-00013-GMN-VCF (D. Nev.). Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary

jp/MOATT

remedy of mandamus.  *See Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977).  Accordingly, the petition is denied.

The motion to proceed in forma pauperis is denied as moot.

No further filings will be entertained in this closed case.

**DENIED**.